# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 71 WAL 2022
:
Respondent    :
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
DAVID TYUS,    :
:
Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 72 WAL 2022
:
Respondent    :
:
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
DAVID TYUS,    :
:
Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 73 WAL 2022
:
Respondent    :
:
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
DAVID TYUS,    :
:
Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.